# **EXHIBIT A**
TO THE COMPLAINT


Home   About   Markets   Products   Global Map   Locations/Contact   English

## Who We Are

**CCL Tube Inc.**, a division of CCL Industries, is the leading manufacturer of plastic tube packaging solutions for the Americas. The company's commitment to quality, service and innovation enables today's highly competitive cosmetic, personal and health care brands to provide their end-users with durable and appealing packaging. CCL Tube employs 350 dedicated and talented team members at its Moorestown, New Jersery, Los Angeles, California and Wilkes-Barre, Pennsylvania manufacturing facilities.

LEARN MORE



**Questions?**
We'd love to hear from you! Fill out the form below and we'll promptly respond.

## Products

  

**Choose a market:**

*Select Your Recipient
[---  ▼]



EXHIBIT A   tabbies