# **<u>EXHIBIT B</u>**
TO THE COMPLAINT

August 2, 2017

Scott Watson
Resilience Capital Partners
25101 Chagrin Blvd, Beachwood, OH 44122

Dear Scott,

Effective August 2, I am respectfully resigning from my position at Lux Global Label, LLC.

This has been a difficult decision and I wish the entire Lux team all the best in the future and am grateful for the opportunities provided by Lux.

Kind Regards,

Jamie Shacklett

EXHIBIT B