# **<u>EXHIBIT D</u>**
TO THE COMPLAINT



EXHIBIT D

## Management Team

- Günther Birkner
- Peter Fleissner
- Donald G. Lang
- Geoffrey T. Martin
- Mark A. McClendon
- Ben Rubino
- Jim Sellors
- Lalitha Vaidyanathan
- Sean P. Washchuk



**Mark A. McClendon**
Vice President and General Counsel

Mark McClendon joined CCL as General Counsel USA in 2013 from Avery Dennison Corporation, where he was Group Counsel and NA Corporate Ethics Officer, with worldwide compliance, environmental and litigation responsibilities, since 2007. Prior to that, Mr. McClendon was with BASF and its affiliates from 1998 to 2007. Mr. McClendon earned a J.D. from Marquette University and is a member of the Wisconsin and Ohio State Bar Associations. He has served on the Board of Directors for the American Corporation Counsel Association for North East Ohio since 2006, including as President from 2011 to 2012, and on the Board of Governors for the Ohio State Bar Association – Litigation Section since 2007. Mr. McClendon was promoted to his current position in 2014 and is now responsible for all legal matters globally for the Company.

⟨ PREVIOUS    NEXT ⟩

## Management Team

- Günther Birkner
- Peter Fleissner
- Donald G. Lang
- Geoffrey T. Martin
- Mark A. McClendon
- Ben Rubino
- Jim Sellors
- Lalitha Vaidyanathan
- Sean P. Washchuk



**Ben Rubino**
President, Home & Personal Care Worldwide

Mr. Rubino was appointed President, Home & Personal Care Worldwide, in November of 2011 adding responsibility for CCL Container in 2014. Mr. Rubino graduated from Dickinson College in Pennsylvania with a Bachelor of Arts degree in Economics, and is a 25 year veteran of CCL Label progressing through various sales and business leadership assignments. Prior to CCL, Mr. Rubino worked in the Pressure Sensitive Materials segment at Avery Dennison.

PREVIOUS    NEXT