# **EXHIBIT E**
TO THE COMPLAINT



September 18, 2017

Sean S. Kelly
Zashin & Rich
Ernst & Young Tower
950 Main Avenue, 4th Floor
Cleveland, OH 44113

Re: James Shacklett, IV and CCL Tube

Dear Mr. Kelly,

Your correspondence, dated August 31, 2017, to James Shacklett with copy to CCL Tube, has been forwarded to me. Kindly direct all future communications concerning this matter to my attention.

CCL Tube certainly understands and abides by the applicable legal requirements concerning confidential and proprietary information.

We note that nowhere in your correspondence is it asserted that Mr. Shacklett executed any form of employment or confidentiality agreement with National Label/Lux Global Label. As for the "certification" form, I am aware of no legal requirement for a former employee to execute such a document, but will happily review any such statute or regulation you can provide.

Sincerely,

Mark McClendon
Vice President & General Counsel
CCL Industries Inc.

**CCL Industries, Inc.**
17700 Foltz Parkway
Strongsville, OH 44149
U.S.A.
t: 440.878.7241
mmcclendon@cclind.com

