IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUX GLOBAL LABEL COMPANY, LLC,** : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | **No.: 18-cv-5061** |
| : | |
| **JAMES H. SHACKLETT, IV., et al.** : | |
| **Defendants.** : | |

**ORDER**

AND NOW, this ___18th___ day of December, 2018, after a telephone conference with Counsel, it is hereby ORDERED as follows:

1. Defendants CCL Industries, Inc., CCL Industries (USA) Corp., CCL Industries Corporation, CCL Label Inc., CCL Label Corp., CCL Tube (Wilkes-Barre), Inc., XYZ CCL Companies 1-100, and James H. Shacklett, IV., ("Defendants") shall file their Response to Plaintiff Lux Global Label Company LLC's ("Plaintiff") Motion for Expedited Discovery (ECF No. 2) on or before JANUARY 14, 2019.

2. Defendants shall file their Response to Plaintiff's Motion for Preliminary Injunction (ECF No. 3), on or before JANUARY 29, 2019.

3. Defendants shall file their Answer to Plaintiff's Complaint (ECF No. 1), on or before JANUARY 29, 2019.

4. An evidentiary hearing on Plaintiff's Motion for Preliminary Injunction shall be held on FEBRUARY 27, 2019 (and FEBRUARY 28, 2019, if necessary), at 9:30 a.m., in Courtroom 3-E. The parties shall ensure that all witnesses are available as needed on those dates, so that the hearing can be completed.

5. On or before FEBRUARY 20, 2019, the parties shall submit pre-hearing memoranda settings forth the witnesses and exhibits each party expects to introduce at the hearing on Plaintiff's Motion for Preliminary Injunction.

6. On or before FEBRUARY 25, 2019, the parties shall supply the Court with TWO COPIES of each hearing exhibit in a ring binder, tabbed by exhibit number.

7. The parties shall notify the Court if they wish to appear before another Magistrate Judge for a settlement conference.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge