UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUX GLOBAL LABEL COMPANY, LLC : <br> Plaintiff, | |
| v. : | |
| CCL INDUSTRIES, INC.; CCL INDUSTRIES (USA) CORP.; CCL INDUSTRIES CORPORATION; CCL LABEL INC.; CCL LABEL CORP.; CCL TUBE (WILKES-BARRE), INC.; XYZ CCL COMPANIES 1-100; and, JAMES H. SHACKLETT, IV <br> Defendants. : | CIVIL ACTION <br> NO. 18-5061 |

**ORDER**

AND NOW, this 27th day of March, 2019, it is hereby ORDERED that the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 53) is APPROVED and ADOPTED.

BY THE COURT:

/s/ C. Darnell Jones, II  J.